

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| IN THE INTEREST OF D.A.T., | § | No. 08-23-00308-CV |
|---|---|---|
| Minor Child. | § | Appeal from the |
| | § | 166th District Court |
| | § | of Bexar County, Texas |
| | § | (TC# 2014CI13033) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in part in the judgment. We strike that part of the trial court's judgment which awards a judgment of $38,905.18 against Tara C. Tompkins. We otherwise affirm the judgment as modified. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF FEBRUARY 2025.


GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox, and Soto, JJ.